To Pine Bluff 07/31/2019
To Little Rock 08-20-2019

4:19-cv-00599-JM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 26 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Dear Clerk Of the Court, I am writing this letter Concern to: Obtaining information on how can I proceed with filing Criminal Charges in your Courts Jurisdiction on two individuals who used my social security number to obtain electrical Service in Pine Bluff Arkansas. Through Centerpoint Energy Service Account # 8175410000 10141 P.O.Box 1700 Houston, TX 77251 Date opened November, 2013, The amount owe still on this account is $573.00 and the address for this account is 1610 W. 25th Avenue Pine Bluff Arkansas 71603-5217.

In November 2014 within the same year, November 2013, November 2014 using my social security number again for Energy Corporation Account # 11480 P.O. Box 6008 New Orleans, LA 70174. Date opened November 2014 the amount owed still on this account is $73.00 and the address for this account is ~~1610 W.~~ 617 E 15th Avenue Pine Bluff Arkansas 71601-

This case assigned to District Judge Moody
and to Magistrate Judge Harris

I know that the circumstances violate 18 § 1028-1028(A) Of Chapter 47 fraud and false statements

I want to press charges on the persons responsible for stealing my Identification - There name are Cynthia Coffey and Jeffery Phillips

The next question I got what federal Jurisdiction do I use for Bankrupcy? And if it's Arkansas can you send me the Bankrupcy paperwork I need?
Sincerly
Joseph Jean Hamilton

**Colorado Department Of Corrections**
Name Joseph Hamilton
Register Number 146084
Unit C.T.C.F CH-7 2L5
Box Number 1010
City, State, Zip Canon City, CO 81215-1010



DENVER CO 802

21 AUG 2019 PM 9 L

Arkansas Eastern District Court
main office
A149 Richard Sheppard Arnold
U.S Court House
600 West Capitol Avenue
Little Rock, Arkansas 72401

72201-339919