IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH DEAN HAMILTON #146084                                         PLAINTIFF

V.                  CASE NO. 4:19-cv-00599 JM

CYNTHIA COFFEY, *et al*.                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE